AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Barnett, Mark A. | 2. Court or Organization<br><br>U.S. Court of International Trade | 3. Date of Report<br><br>06/23/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Treasurer | ▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnett, Mark A. | 06/23/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Capitol Counsel LLC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | St. John's University School of Law | 11/4/2015 | Jamestown, NY | give lecture | travel, meals |
| 2. | CEDES -- Centro de Estudios de Direito Economico e Social | 11/11-16/2015 | Brasilia, Brazil | panelist | travel, hotel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barnett, Mark A.** | 06/23/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One Bank | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnett, Mark A. | 06/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. - SEI Tax-Managed Large Cap Fund | A | Dividend | L | T | Sold (part) | 07/07/15 | J | A | |
| 3. - SEI Tax-Managed Small Cap Fund | A | Dividend | J | T | | | | | |
| 4. - SEI International Equity Fund | A | Dividend | K | T | | | | | |
| 5. - SEI Emerging Markets Equity Fund | A | Dividend | J | T | | | | | |
| 6. - SEI Intermediate-Term Muni Fund | B | Dividend | K | T | | | | | |
| 7. - SEI High Yield Bond Fund | A | Dividend | J | T | | | | | |
| 8. - SEI International Fixed Income Fund | A | Dividend | J | T | | | | | |
| 9. - SEI Emerging Markets Debt Fund | A | Dividend | J | T | | | | | |
| 10. - SEI Tax Free Fund | A | Dividend | J | T | Buy (add'l) | 07/07/15 | J | | |
| 11. Brokerage Account #2 (H) | | | | | | | | | |
| 12. - SEI Tax-Managed Large Cap Fund | A | Dividend | K | T | Sold (part) | 07/07/15 | J | A | |
| 13. - SEI Tax-Managed Small Cap Fund | A | Dividend | J | T | | | | | |
| 14. - SEI International Equity Fund | A | Dividend | J | T | | | | | |
| 15. - SEI Emerging Markets Equity Fund | A | Dividend | J | T | | | | | |
| 16. - SEI Intermediate-Term Muni Fund | B | Dividend | L | T | | | | | |
| 17. - SEI High Yield Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnett, Mark A. | 06/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - SEI International Fixed Income Fund | A | Dividend | J | T | | | | | |
| 19. - SEI Emerging Markets Debt Fund | A | Dividend | J | T | | | | | |
| 20. - SEI Prime Obligation Fund | A | Dividend | J | T | Buy (add'l) | 07/07/15 | J | | |
| 21. Brokerage Account #3 (H) | | | | | | | | | |
| 22. - SEI Large Cap Value Fund | D | Dividend | K | T | | | | | |
| 23. - SEI Large Cap Growth Fund | D | Dividend | K | T | | | | | |
| 24. - SEI Small Cap Growth Fund | A | Dividend | J | T | Sold (part) | 07/07/15 | J | A | |
| 25. - SEI Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 26. - SEI International Equity Fund | A | Dividend | K | T | | | | | |
| 27. - SEI Emerging Markets Equity Fund | A | Dividend | J | T | | | | | |
| 28. - SEI Core Fixed Income Fund | B | Dividend | L | T | | | | | |
| 29. - SEI High Yield Bond Fund | A | Dividend | J | T | | | | | |
| 30. - SEI International Fixed Income Fund | A | Dividend | J | T | | | | | |
| 31. - SEI Emerging Markets Debt Fund | A | Dividend | J | T | | | | | |
| 32. - SEI Prime Obligation Fund | A | Dividend | J | T | Buy (add'l) | 07/07/15 | J | | |
| 33. Brokerage Account #4 (H) | | | | | | | | | |
| 34. - SEI GNMA Fund | A | Dividend | | | Sold | 03/25/15 | M | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnett, Mark A. | 06/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - SEI Core Fixed Income Fund | B | Dividend | K | T | Sold (part) | 03/25/15 | J | B | |
| 36. - SEI Short-Duration Government Fund | A | Dividend | | | Sold | 03/25/15 | K | A | |
| 37. - SEI Prime Obligation Fund | A | Dividend | J | T | | | | | |
| 38. - SEI Large Cap Growth Fund | D | Dividend | K | T | Buy | 03/25/15 | K | | |
| 39. - SEI Large Cap Value Fund | C | Dividend | K | T | Buy | 03/25/15 | K | | |
| 40. - SEI Small Cap Value Fund | A | Dividend | J | T | Buy | 03/25/15 | J | | |
| 41. - SEI Small Cap Growth Fund | | None | J | T | Buy | 03/25/15 | J | | |
| 42. - SEI International Equity Fund | A | Dividend | K | T | Buy | 03/25/15 | K | | |
| 43. - SEI Emerging Markets Equity Fund | A | Dividend | J | T | Buy | 03/25/15 | J | | |
| 44. - SEI High Yield Bond Fund | A | Dividend | J | T | Buy | 03/25/15 | J | | |
| 45. - SEI International Fixed Income Fund | A | Dividend | J | T | Buy | 03/25/15 | J | | |
| 46. - SEI Emerging Markets Debt Fund | A | Dividend | J | T | Buy | 03/25/15 | J | | |
| 47. Brokerage Account #5 (H) | | | | | | | | | |
| 48. - SEI Core Fixed Income Fund | A | Dividend | J | T | | | | | |
| 49. 529 Account #1 (H) | | | | | | | | | |
| 50. - Virginia Education Savings Trust, Potomac Portfolio | | None | M | T | | | | | |
| 51. - Virginia Education Savings Trust, Aggressive Portfolio | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnett, Mark A. | 06/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 529 Account #2 (H) | | | | | | | | | |
| 53. - Virginia Education Savings Trust, Eastern Shore Portfolio | | None | K | T | | | | | |
| 54. - Virginia Education Savings Trust, Aggressive Portfolio | | None | K | T | | | | | |
| 55. Janus Twenty Fund | C | Dividend | K | T | | | | | |
| 56. Congressional Federal Credit Union Accounts | A | Interest | L | T | | | | | |
| 57. Brokerage Acct. # 6 (H) | | | | | | | | | |
| 58. - John Hancock Stable Value | A | Dividend | | | Buy (add'l) | 04/02/15 | J | | |
| 59. | | | | | Sold | 04/27/15 | L | A | |
| 60. - John Hancock Trhu 2030 Active Strategy | A | Dividend | L | T | Buy | 04/27/15 | L | | |
| 61. HOA accounts at BB&T Bank | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnett, Mark A. | 06/23/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Barnett, Mark A. | 06/23/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark A. Barnett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544